
1  Daniel G. Shay, CA #250548
2  danielshay@tcpafdcpa.com
   LAW OFFICE OF DANIEL G. SHAY
3  409 Camino Del Rio South, Suite 101B
   San Diego, California 92108
4  Tel: 619.222.7429
5  Fax: 866.431.3292

6  Benjamin H. Richman*
   brichman@edelson.com
7  J. Dominick Larry*
   nlarry@edelson.com
8  EDELSON PC
   350 North LaSalle Street, Suite 1300
9  Chicago, Illinois 60654
   Tel: 312.589.6370
10 Fax: 312.589.6378

11 **Pro hac vice* admission to be sought.

12 *Counsel for Plaintiff and the Putative Class*

13

14                **UNITED STATES DISTRICT COURT**
15                **SOUTHERN DISTRICT OF CALIFORNIA**

16 | TATIANA OLMOS, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-02786-BAS-BGS |
   |---|---|
   | *Plaintiff*, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** |
   | v. | Judge: Hon. Cynthia A. Bashant |
   | FIA CARD SERVICES, N.A., a national bank, | Magistrate: Hon. Bernard G. Skomal |
   | *Defendant*. | Hearing Date:  February 8, 2016<br>Courtroom:  4B |
   |  | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

## NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that on Monday, February 8, 2016 or as soon thereafter as counsel may be heard, in the United States District Court for the Southern District of California, Courtroom 4B, Suite 4145, 221 West Broadway, San Diego, California 92101, Plaintiff Tatiana Olmos will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 23 to (1) enter and reserve ruling on her Motion for Class Certification; (2) allow for discovery to take place on class-wide issues; (3) grant Plaintiff leave to file a supplemental Memorandum of Points and Authorities in Support of her Motion for Class Certification upon the conclusion of class-wide discovery; (4) grant her Motion for Class Certification after full briefing of the issues presented herein; and (5) provide all other and further relief that the Court deems reasonable and just.

The basis for Plaintiff's Motion for Class Certification is that the prerequisites for class certification under Federal Rule of Civil Procedure 23(a), (b)(2) and (b)(3) are all satisfied in this case. With respect to the former, Rule 23(a)(1)'s numerosity requirement is satisfied because Plaintiff has identified a Class consisting of thousands of individual members. Rule 23(a)(2)'s commonality requirement is satisfied because whether the Class may recover turns on questions of law and fact common to the Class, including whether Defendant can be held liable under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), whether Defendant's text messages to Plaintiff and the Class were sent using an automatic telephone dialing system, whether those text messages were sent to cellular telephones, whether Plaintiff and the Class consented to the calls, and whether Plaintiff's claims are unique.

Rule 23(a)(3)'s typicality requirement and Rule 23(a)(4)'s adequacy requirement are also satisfied. Plaintiff's claims are typical of the other Class members inasmuch as she and the Class members each received the same unauthorized text messages from Defendant. And Plaintiff and her counsel will fairly and adequately protect the interests of the Class. Plaintiff has no interests antagonistic to those of the Class and her counsel

1

*Olmos, et al. v. FIA Card Services, N.A.*, No. 15-cv-2786
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

1  have extensive experience litigating similar TCPA class actions.

2  Finally, in satisfaction of the Rule 23(b)(3)'s predominance and superiority
3  requirements, the questions of law and fact common to the Class predominate over any
4  questions that may affect Class members on an individual basis, and the class action
5  mechanism is superior to any other available method to reach a fair and efficient
6  adjudication of the controversy at issue.

7  Plaintiff's Motion is based on this Notice of Motion and Motion for Class
8  Certification, the Memorandum of Points and Authorities file concurrently herewith, the
9  Declaration of Benjamin H. Richman filed concurrently therewith, the pleadings on file
10 in this matter, and evidence or argument that may be presented at or before the hearing
11 on this Motion.

Respectfully Submitted,

**TATIANA OLMOS,** individually and on behalf of all others similarly situated,

Dated: December 11, 2015    By:  s/ Daniel G. Shay
                                 One of Plaintiff's Attorneys

Daniel G. Shay, CA #250548
danielshay@tcpafdcpa.com
LAW OFFICE OF DANIEL G. SHAY
409 Camino Del Rio South, Suite 101B
San Diego, California 92108
Tel: 619.222.7429
Fax: 866.431.3292

Benjamin H. Richman*
brichman@edelson.com
J. Dominick Larry*
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice* admission to be sought.

*Counsel for Plaintiff and the Putative Class*