Daniel G. Shay, CA #250548
danielshay@tcpafdcpa.com
LAW OFFICE OF DANIEL G. SHAY
409 Camino Del Rio South, Suite 101B
San Diego, California 92108
Tel: 619.222.7429
Fax: 866.431.3292

Benjamin H. Richman*
brichman@edelson.com
J. Dominick Larry*
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**Pro hac vice* admission to be sought.

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA OLMOS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>FIA CARD SERVICES, N.A., a national bank,<br><br>    *Defendant*. | Case No. 3:15-cv-02786-BAS-BGS<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON FIA CARD SERVICES, N.A.** |

Civil Action No. 15cv2786-BAS-BGS          Date Issued: 12/10/15

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* FIA Card Services, N.A.
was received by me on *(date)* 12/14/2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* Lisa Friedkin, Legal Administrator, who is designated by law to accept service of process on behalf of *(name of organization)* FIA Card Services, N.A., on *(date)* 12/14/2015 at 3:37 PM; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
Documents Served: Preservation Letter; Summons in a Civil Action; Class Action Complaint and Jury Demand; Plaintiff's Notice of Motion for Class Certification; Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification; Declaration of Benjamin H. Richman in Support of Plaintiff's Motion for Class Certification; and Certificate of Service

My fees are $ _____ for travel and $ 71.30 for services, for a total of $ 71.30.

I declare under penalty of perjury that this information is true.

Date: 12/15/2015

*Server's Signature*

Daniel Newcomb, Process Server
*Printed name and title*
Delaware Attorney Services - 3516 Silverside Rd. # 16, Wilmington, DE 19810
(302) 429-0657
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.