

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Tatiana Olmos
                                    **Plaintiff,**

v.

FIA Card Services
                                    **Defendant.**

Civil No. 3:15-cv-2786-BAS-BGS

## PRO HAC VICE APPLICATION

Plaintiff
_Party Represented_

I, __James Dominick Larry__ hereby petition the above entitled court to permit me
          (Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Edelson PC
Street address: 350 North LaSalle Street, 13th Floor
City, State, ZIP: Chicago, Illinois 60654
Phone number: 312.572.7212
Email: nlarry@edelson.com

That on __Nov 1, 2012__ I was admitted to practice before __the Illinois Supreme Court__
          (Date)                                                           (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☒ have)  ☐ have not)  concurrently or within the year preceding this application made
any pro hac vice application to this court.

*(If previous application made, complete the following)*

Title of case Henderson v. United Student Aid Funds, Inc.
Case Number 3:13-cv-01845-JLS-BLM          Date of Application Oct 8, 2015
Application:   ☒ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Daniel G. Shay                               619.222.7429
(Name)                                       (Telephone)

Law Office of Daniel G. Shay
(Firm)

409 Camino Del Rio South, Suite 101B San Diego, CA 92108
(Street)                                     (City)           (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_