```
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

JESSICA ANNE ROBERTS (CA SBN 265570)
JRoberts@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
```

Attorneys for Defendant
FIA CARD SERVICES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA OLMOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIA CARD SERVICES, N.A., a national bank,<br><br>Defendant. | Case No. 15-cv-2786 BAS BGS<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:   Hon. Cynthia Bashant<br>Ctrm:    4B |

Pursuant to Local Rule 12.1 of the Local Rules of Practice for the United States District Court for the Southern District of California, Plaintiff Tatiana Olmos ("Plaintiff") and Defendant FIA Card Services, N.A. ("Defendant") hereby move and request that Defendant be granted an extension of time until February 8, 2016, to answer or to otherwise respond to Plaintiff's Complaint.

The extension of time is supported by good cause.  The Complaint was filed on December 10, 2015.  Defendant was served with the Complaint on December 14, 2015, and its response to the Complaint is currently due on January 4, 2016.  The requested extension will provide Defendant additional time to investigate

plaintiff's allegations and prepare a response to the Complaint. This is the first request for an extension of time for Defendant to respond to the Complaint.

Therefore, the parties respectfully request that the Court enter an Order extending the time for Defendant to respond to the Complaint until February 8, 2016.

**ECF ATTESTATION**

I, Jessica Roberts, am the ECF user whose ID and password are being used to file this Joint Motion for Extension of Time to Respond to Complaint. I hereby attest that Benjamin H. Richman has concurred in this filing.

Dated: December 30, 2015    MORRISON & FOERSTER LLP

By: /s/ Jessica Roberts
JESSICA ROBERTS
JRoberts@mofo.com

Attorneys for Defendant
FIA CARD SERVICES

Dated: December 30, 2015    EDELSON PC

By: /s/ Benjamin H. Richman
Benjamin H. Richman
brichman@edelson.com
J. DOMINICK LARRY
nlarry@edelson.com

Attorneys for Plaintiff
TATIANA OLMOS

1 **CERTIFICATE OF SERVICE**

2   I certify that on December 30, 2015, I caused a copy of the foregoing to be
3 filed electronically and that the document is available for viewing and downloading
4 from the ECF system. Participants in the case who are registered CM/ECF users
5 will be served by the CM/ECF system.

6            By:   /s/ Jessica Roberts
                   JESSICA ROBERTS
7                  JRoberts@mofo.com