# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA OLMOS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FIA CARD SERVICES, N.A., a national bank,<br><br>  Defendant. | Case No. 15-cv-2786-BAS-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

Pending before the Court is the parties' joint motion for an extension of time for Defendant to respond to Plaintiff's Complaint. (ECF No. 7.) The parties request that the Defendant's deadline to respond be extended to February 8, 2016. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the joint motion. *See* Fed. R. Civ. P. 6(b). Defendant shall respond to the Complaint no later than **February 8, 2016**.

   IT IS SO ORDERED.

DATED: January 4, 2016

Hon. Cynthia Bashant
United States District Judge

– 1 –

15cv2786