# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tatiana Olmos<br>　　　　　　　　　　　　　Plaintiff,<br>　　v.<br>FIA Card Services<br>　　　　　　　　　　　　　Defendant. | Civil No. 3:15-cv-2786-BAS-BGS<br>**PRO HAC VICE APPLICATION**<br>Plaintiff<br>Party Represented |

I, __Benjamin Harris Richman__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

　My firm name: Edelson PC
　Street address: 350 North LaSalle Street, 13th Floor
　City, State, ZIP: Chicago, Illinois 60654
　Phone number: 312.589.6377
　Email: brichman@edelson.com
　That on __Nov 5, 2009__ (Date) I was admitted to practice before __the Illinois Supreme Court__ (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have ☒ have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case __N/A__
Case Number _____　　　Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Benjamin Harris Richman_
　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Daniel G. Shay　　　　　　　　　　　　　　　　　619.222.7429
(Name)　　　　　　　　　　　　　　　　　　　　　(Telephone)

Law Office of Daniel G. Shay
(Firm)

409 Camino Del Rio South, Suite 101B San Diego, CA 92108
(Street)　　　　　　　　　　　　　　　　　(City)　　　　　　　　　　(Zip code)

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Benjamin Harris Richman_
　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Applicant)

I hereby consent to the above designation.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Daniel G. Shay_
　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Designee Attorney)