1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4
   JESSICA ANNE ROBERTS (CA SBN 265570)
5  JRoberts@mofo.com
   MORRISON & FOERSTER LLP
6  12531 High Bluff Drive
   San Diego, California 92130-2040
7  Telephone: 858.720.5100

8  Attorneys for Defendant
   FIA CARD SERVICES
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA OLMOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIA CARD SERVICES, N.A., a national bank,<br><br>Defendant. | Case No. 3:15-cv-02786-BAS-BGS<br><br>**JOINT MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION WITHOUT PREJUDICE**<br><br>Date: February 8, 2016<br>Ctrm: 4B |

| | |
|---|---|
| 1 | Pursuant to Rules 7.1 and 7.2 of the Local Rules of Practice for the United |
| 2 | States District Court for the Southern District of California, Plaintiff Tatiana Olmos |
| 3 | ("Plaintiff") and Defendant FIA Card Services, N.A. ("Defendant") hereby move |
| 4 | and request that Plaintiff's pending Motion for Class Certification be withdrawn |
| 5 | without prejudice and the Court set a deadline at the Rule 16 Case Management |
| 6 | Conference.  This motion is supported by good cause. |
| 7 | The Complaint was filed on December 10, 2015.  Defendant was served with |
| 8 | the Complaint on December 14, 2015.  On January 5, 2016, this Court granted an |
| 9 | extension of time to respond to the Complaint.  Defendant's response is currently |
| 10 | due on February 8, 2016. |
| 11 | The pending Motion for Class Certification was filed on December 11, |
| 12 | 2015—the day after the Complaint was filed.  The Motion for Class Certification is |
| 13 | noticed for February 8, 2016—the same day as Defendant's response to the |
| 14 | Complaint is currently due. |
| 15 | There is currently no scheduling order in this action and no deadline for |
| 16 | Plaintiff to seek class certification.  Continuing the hearing date will allow the |
| 17 | Defendant to respond to the Complaint before the hearing on the Motion for Class |
| 18 | Certification, will allow the Parties to participate in the ENE Conference, and will |
| 19 | allow the Parties to conduct any necessary discovery. |
| 20 | Therefore, the Parties respectfully request that the Court enter an Order |
| 21 | withdrawing the Motion for Class Certification without prejudice and set a deadline |
| 22 | to refile the Motion at the Rule 16 Case Management Conference. |

## **ECF ATTESTATION**

I, Jessica Roberts, am the ECF user whose ID and password are being used to file this Joint Motion for Extension of Time to Respond to Complaint. I hereby attest that Benjamin H. Richman has concurred in this filing.

Dated: January 21, 2016      MORRISON & FOERSTER LLP

By: /s/Jessica Roberts
    JESSICA ROBERTS
    JRoberts@mofo.com

Attorneys for Defendant
FIA CARD SERVICES

Dated: January 21, 2016      EDELSON PC

By: /s/Benjamin H. Richman
    Benjamin H. Richman
    brichman@edelson.com
    J. DOMINICK LARRY
    nlarry@edelson.com

Attorneys for Plaintiff
TATIANA OLMOS