| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
| 2 | TCheung@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
|   | San Francisco, California 94105-2482 |
| 4 | Telephone: 415.268.7000 |
| 5 | JESSICA ANNE ROBERTS (CA SBN 265570) |
|   | JRoberts@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive |
| 7 | San Diego, California 92130-2040 |
|   | Telephone: 858.720.5100 |
| 8 | Attorneys for Defendant |
|   | FIA CARD SERVICES |
| 9 | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA OLMOS, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-02786-BAS-BGS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| FIA CARD SERVICES, N.A., a national bank, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 21, 2016, a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of California which, under Local Civil Rule 5.4(b)-(d), is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

    Executed on January 21, 2016, at San Diego, California.

                           /s/Jessica Roberts