TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

JESSICA ANNE ROBERTS (CA SBN 265570)
JRoberts@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100

Attorneys for Defendant
FIA CARD SERVICES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA OLMOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIA CARD SERVICES, N.A., a national bank,<br><br>Defendant. | Case No. 3:15-cv-02786-BAS-BGS<br><br>**NOTICE OF APPEARANCE BY TIFFANY CHEUNG ON BEHALF OF FIA CARD SERVICES** |

| | | |
|---|---|---|
| 1 | PLEASE TAKE NOTICE of the appearance of Tiffany Cheung of the law | |
| 2 | firm of Morrison & Foerster LLP, as counsel of record for, and on behalf of, FIA | |
| 3 | CARD SERVICES in the above-captioned matter. | |

1  PLEASE TAKE NOTICE of the appearance of Tiffany Cheung of the law firm of Morrison & Foerster LLP, as counsel of record for, and on behalf of, FIA CARD SERVICES in the above-captioned matter.

Tiffany Cheung is licensed to practice in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Southern District of California.

Dated: February 2, 2016         MORRISON & FOERSTER LLP


By: /s/Tiffany Cheung
    TIFFANY CHEUNG
    TCheung@mofo.com

Attorneys for Defendant
FIA CARD SERVICES