| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
| 2 | TCheung@mofo.com<br>MORRISON & FOERSTER LLP |
| 3 | 425 Market Street<br>San Francisco, California  94105-2482 |
| 4 | Telephone: 415.268.7000 |
| 5 | JESSICA ANNE ROBERTS (CA SBN 265570)<br>JRoberts@mofo.com |
| 6 | MORRISON & FOERSTER LLP<br>12531 High Bluff Drive |
| 7 | San Diego, California  92130-2040<br>Telephone: 858.720.5100 |
| 8 | Attorneys for Defendant |
| 9 | BANK OF AMERICA, N.A. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA OLMOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national bank, f/k/a FIA CARD SERVICES, N.A.,<br><br>Defendant. | Case No. 3:15-cv-02786-BAS-BGSx<br><br>**BANK OF AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: April 18, 2016<br>Ctrm: 4B<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on April 18, 2016, or as soon thereafter as this matter may be heard before the Honorable Cynthia Bashant, in Courtroom 4B of the above-entitled Court, located at 221 West Broadway, San Diego, CA 92101, Defendant Bank of America, N.A. will and hereby does move this Court to dismiss with prejudice Plaintiff's First Amended Complaint pursuant to Rule 12(b)(6).

The Motion is based upon this Notice of Motion and Motion, Memorandum of Points and Authorities, the pleadings on file with the Court, and such arguments and authorities as may be presented at or before the hearing.

Respectfully submitted,

Dated:  March 2, 2016            MORRISON & FOERSTER LLP


By:  /s/Tiffany Cheung
     TIFFANY CHEUNG
     TCheung@mofo.com

     Attorneys for Defendant
     BANK OF AMERICA, N.A.